214 So.2d 548

### The FIDELITY & CASUALTY COMPANY OF NEW YORK

v.

### HARRIS–SMITH, INC. (Advance, Inc., Garnishee).

No. 49411.

Oct. 11, 1968.

In re: The Fidelity & Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 211 So.2d 339

Writ refused. The result is correct.

SANDERS, SUMMERS, and BARHAM, JJ., are of the opinion that a writ should be granted.

214 So.2d 548

### H. E. BUTLER et al.

v.

### Raymond E. BUTLER et al.

No. 49417.

Oct. 11, 1968.

In re: H. E. Butler et al. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Jackson. 212 So.2d 213.

Writ refused. There appears no error of law in the judgment complained of.